JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN JAMAAL FRAZIER,<br><br>Petitioner,<br><br>v.<br><br>RALPH DIAZ, Secretary of California Department of Corrections and Rehabilitation,<br><br>Respondent. | Case No. LACV 20-9911-SB (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 30, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge